


FILED 10/26/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE SEEGER
MAGISTRATE JUDGE HARJANI
KG  23CR575

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
OCT 26 2023
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY BONAPARTE,<br>     also known as "Magnificent" | No.<br><br>Violations: Title 21, United<br>States Code, Section 841(a)(1);<br>Title 18, United States Code,<br>Sections 922(g), and 924(c) |

## COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about December 5, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

TROY BONAPARTE,
also known as "Magnificent,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about July 28, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

> TROY BONAPARTE,
> also known as "Magnificent,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Smith & Wesson 9mm semi-automatic handgun, bearing serial number HKJ7203, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about July 28, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

TROY BONAPARTE,
also known as "Magnificent,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about July 28, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

> TROY BONAPARTE,
> also known as "Magnificent,"

defendant herein, did knowingly possess a firearm, namely, a Taurus G3 9mm semi-automatic handgun, bearing serial number ABE531937, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841, as charged in Count Three of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) and 924(c), as set forth in this Indictment, defendant BONAPARTE shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

    a. a Smith & Wesson 9mm semi-automatic handgun, bearing serial number HKJ7203, and associated ammunition.

3. Further, upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in this Indictment, defendant BONAPARTE shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the

United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

                                                    A TRUE BILL:

                                                    _____

                                                    FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY